JS 44  (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff   Montgomery County, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Clark County, NV
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*   Samuel Lassoff, Esquire
Suite 2343
5006 Wellington Avenue
Ventnor, NJ 08406
609-375-7491

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [ ] 2  U.S. Government Defendant
- [X] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business In This State | [ ]4 | [X]4 |
| Citizen of Another State | [X]2 | [ ]2 | Incorporated and Principal Place of Business In Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [X] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [X] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332 (d)(2)

Brief description of cause:
CLASS ACTION on behalf of United States customers exposed to identity fraud following negligent mishandling of personal information.

## VII. REQUESTED IN COMPLAINT:

[X] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   [X] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*
JUDGE _____

DOCKET NUMBER   3:2023cv20407
2:2023cv01447

DATE
10/9/23

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

LASSOFF LAW LLC
SAMUEL LASSOFF, ESQ
SUITE 2343
5006 WELLINGTON AVE
VENTNOR, NJ 08406
609-375-7491
LAWFIRM25@AOL.COM

COUNSEL FOR PLAINTIFFS AND THE PROPOSED CLASS

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SAUL & SHIRLEY LASSOFF, individually and on behalf of all others similarly situated, Plaintiffs, v. Caesars Entertainment, Inc.** | **Civil Action No.: 1:23-cv-20997**<br><br><u>**CLASS ACTION COMPLAINT**</u><br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs make the following allegations, except as to allegations specifically pertaining to plaintiffs and plaintiffs' counsel, based upon the investigation undertaken by plaintiffs' counsel, which investigation included analysis of publicly-available news articles and reports, public filings, press releases and other matters of public record.

**NATURE OF THE ACTION**

1. This is a CLASS ACTION on behalf of several million Pennsylvania, New Jersey, New York, Las Vegas and United States customers exposed to identity fraud following the negligent mishandling of personal information by Defendant Caesars Entertainment Inc.

**JURISDICTION AND VENUE**
2. This Court has jurisdiction over the subject matter of this action and Venue is proper in this District.

**PARTIES**
3. Plaintiffs Saul and Shirley Lassoff are residents of Pennsylvania.  Mr. and Mrs. Lassoff were Caesars Entertainment, Inc. loyalty member customers and Credit customers of Defendant during the Class Period when their name, address, social security, driver's license, bank account and credit card information was negligently mishandled.

4. Defendant is Caesars Entertainment, Inc.

5.  Defendant is liable for its negligent handling of Plaintiffs personal information and for a failure to immediately warn Plaintiff(s) of their negligence.

**PLAINTIFFS' CLASS ACTION ALLEGATIONS**

6. Plaintiff(s) bring this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of Pennsylvania customers whose personal information was negligently handled by Defendants between March 1st, 2023 and October 9th, 2023, inclusive (the "Class Period"), and who were damaged thereby.  Excluded from the Class are Defendants, members of the immediate family of each of the individual Defendants, any subsidiary or affiliate of Defendants and the directors, officers and employees of Defendants or its subsidiaries or affiliates, or any entity in which any excluded person has a controlling interest, and the legal representatives, heirs, successors and assigns of any excluded person.

7. The members of the Class are so numerous that joinder of all members is impracticable. While the exact number of Class members is unknown to plaintiffs at this time and can only be ascertained through appropriate discovery, Plaintiffs believe that there are millions of members of the Class located throughout Pennsylvania and the United States.  Pennsylvania and United States customer members of the Class may be identified from records maintained by Defendant and/or its transfer agents and may be notified of the pendency of this action by mail, using a form of notice similar to that customarily used in class actions.

8. Plaintiffs' claims are typical of the claims of the other members of the Class as all members of the Class were similarly affected by Defendant's wrongful conduct.

9. Plaintiffs will fairly and adequately protect the interests of the members of the Class.

10. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:
- ✓ whether Defendant negligently handled Plaintiffs personal information
- ✓ whether Defendant failed to adequately protect Plaintiffs once they discovered Plaintiffs' personal information had been stolen
- ✓ whether defendant participated in and pursued the common course of conduct complained of herein
- ✓ whether statements made by Defendant to the public during the Class Period misrepresented and/or omitted to disclose material facts about the negligent mishandling of Plaintiffs' personal information
- ✓ whether  Defendant made material misrepresentations and or failed to correct the material misrepresentations; and
- ✓ the extent to which the members of the Class have sustained damages and the proper measure of damages.

11. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the damages

suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them.  There will be no difficulty in the management of this suit as a class action.

**SUBSTANTIVE ALLEGATIONS**

12. On or about Sept 7, 2023, Defendant announced the negligent mishandling of customers personal information.  The announcement stated that Plaintiffs personal information (i.e. name, address, social security, driver's license, bank account and credit card numbers) had been compromised.

13. The September 7, 2023 public announcement from Defendant to Plaintiffs stated that Plaintiffs were to immediately:

    A.    Contact the Pennsylvania Department of Motor Vehicles and issue a fraud alert.
    B.    Contact each credit card company and issue a fraud alert; change pin numbers and close the affected account(s).
    C.    Order a credit report
    D.    Register for credit monitoring
    E.    Contact the Federal Trade Commission
    F.    File a local police report
    G.    Place a fraud alert on credit file with the national credit bureaus (Equifax, Experian, and TransUnion).
    H.    Close affected bank account; reopen new bank accounts

14. The foregoing required tasks are/were extremely burdensome and time consuming for Plaintiffs to complete and require over six hours over several days.

15. The Defendant engaged in a scheme to hide their negligent handling of Plaintiffs' personal information.

**COUNT I**
**BREACH OF FIDUCIARY DUTY**
16. Plaintiffs repeats and reallege each and every allegation contained above as if fully set forth herein.

17. Defendant owed a fiduciary duty to plaintiffs and the Class, as Caesars Entertainment Inc casino customers.  Specifically, Plaintiffs had a Casino Credit account and loyalty account with the Defendant.

18. Defendant, by their negligent handling of Plaintiffs' personal information, and means of their making the foregoing false and misleading statements, breached their fiduciary duty to Plaintiffs and the Class, causing damages to Plaintiffs and the Class.

**COUNT II**
**NEGLIGENCE**
19. Plaintiffs repeat and reallege each and every allegation contained above.

20. The Defendant acted as controlling person of Plaintiffs' personal information and, as a direct and proximate result of their negligent conduct, Plaintiffs and the other members of the Class suffered damages in connection with their relationship with Defendant.

**WHEREFORE,** Class Action Plaintiffs pray for relief and judgment, as follows:
1. Determining that this action is a proper class action and certifying Plaintiffs as class representative under Rule 23 of the Federal Rules of Civil Procedure;
2. Awarding compensatory damages in favor of Plaintiffs and the other Class members against defendant, jointly and severally, for all damages sustained as a result of defendant's wrongdoing, in an amount to be proven at trial, including interest thereon;
3. Pre-judgment interest and post judgment interest from the date of entry until the date of satisfaction at the highest rates allowable by law
4. Punitive and exemplary damages to the extent permitted by law;
5. Awarding Plaintiffs and the Class their reasonable costs and expenses incurred in this action, including attorneys fees and expert fees; and
6. Such other and further relief as the Court may deem just and proper.


**JURY TRIAL DEMANDED**
Plaintiffs hereby demand a trial by jury.

DATED: October 9, 2023


Respectfully submitted:    *SAMUEL LASSOFF*   /s    DATED: October 9, 2023